IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00020-RPM-KLM

INGRID SIXBERRY,

    Plaintiff,

v.

BARRY LESSENBERRY

    Defendant.

_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [17], it is

    ORDERED that this case is dismissed with prejudice, each party to pay their own costs and expenses.

    Dated:  September 30th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge